UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,**<br>P.O. Box 440<br>Rosebud, South Dakota 57570 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No.  1:05CV02492 RCL |
| v. | )<br>) | |
| **GALE NORTON**<br>**Secretary of the Interior,**<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | |
| **ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | PROPOSED ORDER |
| **JOHN W. SNOW**<br>**Secretary of the Treasury**<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>)<br>) | |

For the reasons set for in the Plaintiff's Motion for an Extension of Time to Serve it's Complaint, and the Court's Finding of good cause show it is this _____ day of April, 2006,

**ORDERED,**   That the Plaintiff shall be granted until July 28, 2006 to serve its complaint on the Defendants.

                                                                                                                                                 _____
                                                                                                                                                 Royce C. Lamberth
                                                                                                                                                 United States District Court Judge