UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSEBUD SIOUX TRIBE,**  )  )  **Plaintiff,** )  )  v. )  )  **GALE NORTON,** )  **Secretary of the Interior, <u>et al.</u>,** )  )  **Defendants.** )  ) | Civil Action No. 05-2492 (RCL) |

### ORDER

This matter is before the Court on plaintiff's motion [3] for enlargement of time to serve its complaint. Upon consideration of the motion and for good cause shown, it is hereby

ORDERED that plaintiff's motion for enlargement of time is GRANTED; Plaintiff shall have to and including July 28, 2006, within which to serve its complaint on the defendants.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, April 21, 2006.

1