**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,** | ) | |
| **P.O. Box 440** | ) | |
| **Rosebud, South Dakota 57570** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:05CVO2492 RCL** |
| | ) | |
| **v.** | ) | **Judge: Royce C. Lamberth** |
| | ) | |
| **GALE NORTON** | ) | |
| **Secretary of the Interior,** | ) | |
| **U.S. Department of the Interior** | ) | **Declaration of Walter Lack** |
| **1849 C Street, N.W.** | ) | |
| **Washington, D.C. 20240** | ) | |
| | ) | |
| **ROSS O. SWIMMER** | ) | |
| **Special Trustee** | ) | |
| **Office of Special Trustee** | ) | |
| **for American Indians** | ) | |
| **Department of the Interior** | ) | |
| **1849 C Street, N.W.** | ) | |
| **Washington, D.C.  20240** | ) | |
| | ) | |
| **JOHN W. SNOW** | ) | |
| **Secretary of the Treasury** | ) | |
| **1500 Pennsylvania Avenue, N.W.** | ) | |
| **Washington, D.C. 20220** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

As required by LCvR 83.2(d) I,  Walter J. Lack, declare under penalty of perjury as follows:

1.  My legal name is Walter John Lack.

2.  My office address and telephone number are:
    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067-4107
    (310) 552- 3800

3.  I have been a member of the State Bar of California since November 8, 1973.  I am also admitted to practice law before the following courts:
    The United States District Court for the Central District of California
    Admitted – November 8, 1973

The United States District Court for the Ninth Circuit
Admitted- 1973

The United States Supreme Court
Admitted – 1981

The United States District Court for the District of Hawaii,
Admitted, February 1, 2001

The United States District Court for the District of Indiana,
Indianapolis Division
Admitted- June 2004

4.  I have never been disbarred or suspended from the practice of law.  I have also not been disciplined by any Bar.

5.  I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 16th day of February 2006.

/s/_____
Walter John Lack
California Bar # 57550
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800