UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE<br>P.O. BOX 440<br>Rosebud, South Dakota 57570<br>　　　　　Plaintiff, | )<br>)<br>)<br>) | Case No. 1:05CVO2492RCL |
| v.<br>GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | Judge: Royce C. Lamberth<br><br>ORDER FOR ADMISSION OF<br>WALTER J. LACK -PRO HAC VICE |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

_____

　　　　For the reasons set for in the Motion filed by Attorney Walter J. Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Walter's J. Lack's Declaration dated February 16, 2006, which demonstrates that Attorney Lack meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of April, 2006, that Attorney Walter Lack's Motion for admission to appear Pro Hac Vice in the above captioned case is GRANTED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Royce C. Lambert
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Case 1:05-cv-02492-JR	Document 5-3	Filed 04/26/2006	Page 2 of 2