UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,** <br> P.O. Box 440 <br> Rosebud, South Dakota 57570 | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Case No. 1:05CVO2492 RCL |
| v. | ) <br> ) | Judge: Royce C. Lamberth |
| **GALE NORTON** <br> Secretary of the Interior, <br> U.S. Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Motion for Admission <br> Pro Hac Vice |
| **ROSS O. SWIMMER** <br> Special Trustee <br> Office of Special Trustee <br> for American Indians <br> Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| **JOHN W. SNOW** <br> Secretary of the Treasury <br> 1500 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20220 | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

_____

Pursuant to LCvR 83.2(d), the undersigned attorney, a member in good standing of the bar of this Court, hereby respectfully moves this Court to permit Rahul Ravipudi to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff, the Rosebud Sioux Tribe. This motion is supported by the accompanying Declaration of Rahul Ravipudi which was prepared in accordance with LCvR 83.2(d) and that Declaration demonstrates that Attorney Ravipudi meets the requirements of that local rule.

Respectfully submitted this 11th day of May, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553


/s/_____
Rahul Ravipudi, Esq.
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4108
(310) 552-3800