UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,**<br>P.O. Box 440<br>Rosebud, South Dakota 57570 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 1:05CVO2492 RCL |
| v. | )<br>) | Judge: Royce C. Lamberth |
| **GALE NORTON**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **JOHN W. SNOW**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

_____

As required by LCvR 83.2(d), I Rahul Ravipudi declare under penalty of perjury as follows:

(1) My legal name is Rahul Ravipudi.

(2) My office address and telephone number are:

    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067-4107
    (310) 552-3800

(3) I have been admitted to the State Bar of California since December 1999.  My California Bar Number is # 20419. I am also admitted to practice law before the United States District Courts for the Eastern and Central Districts of California.

(4) I have never been suspended from the practice of law or disciplined by any Bar.

(5) I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

(6) I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 11th day of May  2006.

_____/s/_____
Rahul Ravipudi
California Bar #
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4107
(310) 552-3800