UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE** <br> **P.O. BOX 440** <br> **Rosebud, South Dakota 57570** <br> Plaintiff, | ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:05CVO2492RCL |
| v. <br> **GALE NORTON** <br> Secretary of the Interior, <br> U.S. Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Judge: Royce C. Lamberth <br><br> ORDER FOR ADMISSION OF <br> RAHUL RAVIPUDI-PRO HAC VICE |
| **ROSS O. SWIMMER** <br> Special Trustee <br> Office of Special Trustee <br> for American Indians <br> Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C.  20240 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| **JOHN W. SNOW** <br> Secretary of the Treasury <br> 1500 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20220 <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

_____

For the reasons set for in the Motion filed by Attorney Rahul Ravipudi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Rahul Ravipudi's Declaration dated May 11, 2006, which demonstrates that Attorney Ravipudi meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of May, 2006, that Attorney Rahul Ravipudi's Motion for admission to appear Pro Hac Vice in the above captioned case is GRANTED.

 

_____
Royce C. Lambert
United States District Court Judge