**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,**<br>**P.O. Box 440**<br>**Rosebud, South Dakota 57570** | ) ) ) ) | |
|            **Plaintiff,** | ) ) | **Case No.  1:05CV02492 RCL** |
| **v.** | ) ) ) | |
| **GALE NORTON**<br>**Secretary of the Interior,**<br>**U.S. Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240** | ) ) ) ) ) ) | |
| **ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>**Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C.  20240** | ) ) ) ) ) ) ) ) | **NOTICE OF RELATED CASES** |
| **JOHN W. SNOW**<br>**Secretary of the Treasury**<br>**1500 Pennsylvania Avenue, N.W.**<br>**Washington, D.C. 20220** | ) ) ) ) ) | |
|            **Defendants.** | ) ) ) ) | |

NOTICE OF RELATED CASES

      In Compliance with Rule 45 (b)(2), Plaintiff's Counsel hereby notifies this Court of the following cases which involve one or more of the same Defendants and similar issues. The first list includes those cases which were noted by Plaintiff's Attorneys on the date the original complaint was filed in December of 2005. The second list contains cases which were filed or discovered after that original Related Cases Notice was sent to the Court.

Cases Noted in Prior Related Case Filing in 2005:

| | |
|---|---|
| Wyandott Tribe of Kansas v. Norton | 05-cv-2491 (RCL) |
| Winnebago Tribe of Nebraska v. Norton | 05-cv-2493 (RCL) |
| Lower Brule Sioux Tribe v. Norton | 05-cv-2495 (RCL) |
| Prairie Band of Potawatomi v. Norton | 05-cv-2496 (RCL) |

Cobell v, Norton                        96-cv-01285 (RCL)

New Related Cases Filed or Discovered After the 2005 Filing:

Omaha Tribe of Nebraska v. Norton        04-cv-0901 (RCL)
Crow Creek Sioux Tribe v. Norton         04-cv-0900 (RCL)
Assiniboine Sioux Tribe v. Norton        02-cv-0035 (RCL)
Standing Rock Sioux Tribe v. Norton      02-cv-0040 (RCL)
Chippewa Cree Tribe v. Norton            02-cv-0276 (RCL)
Santee Sioux Tribe v. Norton             03-cv-1602 (RCL)
Yankton Sioux Tribe v. Norton            03-cv-1603 (RCL)
Western Shoshone v. USA                  03-cv-2009 (RCL)

Respectfully submitted this 15th  day of June 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Additional

Related Cases was served on June 16, 2006, by Electronic Case Filing or by regular,

first-class United States mail, postage pre-paid unless otherwise noted below, on the

following counsel:

Jennifer Allaire
U.S. Department of Justice
601 D. Street N.W.
Washington, D.C. 20004
(202) 305-0456

Anthony P. Hoang
United States Department of Justice

2

Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20004-0663


_____/s/_____
Patricia Ann Marks, Esq.
U.S. District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21797
(410) 489-4553