# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rosebud Sioux Tribe,<br>P.O. Box 440,<br>Rosebud, South Dakota 57570 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | CASE NO. 1:05CV02492 RCL |
| v. | )<br>) | |
| GALE NORTON<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>) | Declaration to Accompany<br>Motion for Admission |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee for<br>American Indians<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Pro Hac Vice |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendant. | )<br>)<br>)<br>)<br>)<br>) | |

As required by LCvR 83.2(d), I, Thomas V. Girardi, declare under penalty of perjury as follows:

    1.    My legal name is Thomas Vincent Girardi.

    2.    My office address and telephone number are:

        Girardi|Keese
        1126 Wilshire Boulevard
        Los Angeles, California 90017
        (213) 977-0211

3. I have been a member of the State Bar of California since January 13, 1965. I am also admitted to practice law before the following courts:

    The United States District Court for the Central District of California
    Admitted-January 1965

    The United States Supreme Court
    Admitted-January 1965

    The United States District Court for the District of Hawaii
    Admitted, 2001

    The United States District Court for the District of Indiana
    Admitted, 2004

    The United States District Court for the District of Louisiana
    Admitted, 2006

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 22nd day of June, 2006.

        /s/_____
        Thomas V. Girardi, Esq.

Girardi|Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211