# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| Rosebud Sioux Tribe,  )<br>P.O. Box 440  )<br>Rosebud, South Dakota 57570  )<br>  )<br>　　　　　　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GALE NORTON  )<br>Secretary of the Interior  )<br>1849 C Street, N.W.  )<br>Washington, D.C. 20240  )<br>  )<br>ROSS O. SWIMMER  )<br>Special Trustee  )<br>Office of Special Trustee for  )<br>American Indians  )<br>Department of Interior  )<br>1849 C Street, N.W.  )<br>Washington, D.C. 20240  )<br>  )<br>JOHN W. SNOW  )<br>Secretary of the Treasury  )<br>1500 Pennsylvania Avenue, N.W.  )<br>Washington, D.C. 20220  )<br>  )<br>　　　　　　Defendant.  )<br>  )  | CASE NO. 1:05CV02492 RCL<br><br><br><br>ORDER FOR ADMISSION OF<br>THOMAS V. GIRARDI – PRO<br>HAC VICE |

　　　　For the reasons set for in the Motion filed by Attorney Thomas V. Girardi

and signed by Attorney Patricia A. Marks, a member in good standing of this

BAR, and following a review of the Thomas V. Girardi's Declaration dated June

22, 2006, which demonstrates that Attorney Girardi meets all of the requirements

2

of LCvR83.2(d). It is ORDERED, this _____ day of June, 2006, that Attorney Thomas Girardi' Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge

2