AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rosebud Sioux Tribe

v.

Dirk Kempthorne, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-CV-02492 RCL

TO: (Name and address of Defendant)

ROSS O. SWIMMER
SPECIAL TRUSTEE FOR INDIAN AFFAIRS
U.S. DEPARTMENT OF THE INTERIOR
1849 C. STREET N.W.
WASHINGTON, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARKS, ESQ.
15992 A.E. MULLINIX ROAD
WOODBINE, MARYLAND 21797

an answer to the *AMENDED* complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. *AMENDED*

**NANCY M. MAYER-WHITTINGTON**

CLERK

(By) DEPUTY CLERK

DATE  7/18/2006

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 24, 2006 |
| NAME OF SERVER *(PRINT)* Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): I served by US Mail certified return receipt requested at the address noted on the summons

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 27 2006     Patricia Marks
             *Date*             *Signature of Server*

15992 AE Mulleneux
Woodbine, MD 21797
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Honorable Ross Swimmer
   Special Trustee for Indian Affairs
   United States Dept. of Interior
   1849 C. Street N.W.
   Washington, D.C. 20240

   *Rosebud*

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _H. Lavery_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name) _H. Lavery_   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20240

| | | |
|---|---|---|
| Postage | $1.11 | |
| Certified Fee | $2.40 | 0765 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 |  *Rosebud* |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.36 | 07/20/2006 |

Sent To: Honorable Ross Swimmer
Street, Apt. No.; or PO Box No.: Special Trustee for Indian Affairs
                                 United States Dept. of Interior
                                 1849 C. Street N.W.
City, State, ZIP+4: Washington, D.C. 20240

PS Form 3800, Jun

Article number: 7004 2510 0006 0537 1605

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Patricia Marks, Esq
15992 A.E. Mullinix Road
Woodbine, Maryland 21797