AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rosebud Sioux Tribe

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et. al.

CASE NUMBER:   1:05-CV-02492 RCL

TO: (Name and address of Defendant)

HENRY PAULSON
SECRETARY OF THE TREASURY
U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYVIANIA AVE. N.W.
WASHINGTON, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARKS, ESQ.
15992 A.E. MULLINIX ROAD
WOODBINE, MARYLAND 21797

an answer to the AMENDED complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                  7/18/2006

CLERK                                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 24, 2006 |
| NAME OF SERVER (PRINT) Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *I served by US mail certified return receipt requested at the address noted of the summons*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 27 2006          Patricia Marks
             Date                   Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _A. Millston_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUL 2 4 2006

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Honorable Henry Paulson
Secretary of the Treasury
1500 Pennsylvania Ave. N.W.
Washington, D.C 20220

_Rosebud_

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0007 7399 9461

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20220

| | | |
|---|---|---|
| Postage | $1.11 | |
| Certified Fee | $2.40 | 0765 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | _Rosebud_ |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.36 | 07/20/2006 |

Sent To: Honorable Henry Paulson
Street, Apt. No.; or PO Box No.: Secretary of the Treasury
City, State, ZIP+4: 1500 Pennsylvania Ave. N.W.
Washington, D.C 20220

7005 1820 0007 7399 9461

PS Form 3800, June 2002

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Patricia Marks, Esq
15992 A.E. Mullinix Road
Woodbine, Maryland 21797

R002