AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rosebud Sioux Tribe

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et. al.

CASE NUMBER:   1:05-CV-02492 RCL

TO: (Name and address of Defendant)

KENNETH WAINSTEIN
UNITED STATES' ATTORNEY
555 4TH STREET N.W.
WASHINGTON, D.C. 21797

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARKS, ESQ.
15992 A.E. MULLINIX ROAD
WOODBINE, MARYLAND 21797

an answer to the AMENDED complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. AMENDED

**NANCY M. MAYER-WHITTINGTON**   7/18/2006

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | July 17, 2006 |
| NAME OF SERVER *(PRINT)* Patricia Marks | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _I served by US Mail certified return receipt requested_

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Aug. 4, 2006_　　_Patricia Marks_
　　　　　　Date　　　　　　　Signature of Server

_15992 AE Mullinex_
_Woodbine, MD 21797_

　　　　　　　Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KENNETH WAINSTEIN
UNITED STATES ATTORNEY
555 4TH STREET N.W.
WASHINGTON, D.C. 20530

Rosebc

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

A. Signature
X _Carrida Parks_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    MAR 17 2006    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Patricia Marks, Esq
15992 A.E. Mullinix Road
Woodbine, Maryland 21797

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

0765
02  Postmark Here

07/20/2006  

Sent To: KENNETH WAINSTEIN
Street, Apt. No.; or PO Box No.: UNITED STATES ATTORNEY
City, State, ZIP+4: 555 4TH STREET N.W. WASHINGTON, D.C. 20530

PS Form 3800, June