UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE<br>P.O. Box 440<br>Rosebud, South Dakota 57570<br><br>                Plaintiff,<br><br>v.<br><br>GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.1:05CVO2492 RCL<br><br>Judge: Royce C. Lamberth<br><br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

_____

DECLARATION OF BRIAN J. LEINBACH

    As required by LCvR 83.2(d), I BRIAN J. LEINBACH, declare under penalty of perjury as follows:

  1. My legal name is Brian J. Leinbach

2. My office address and telephone number are:
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4107
(310) 552- 3800

3. I have been a member of the State Bar of California since December 14, 1992. I am also admitted to practice law before the United States District Court for the Central District of California in December 14, 1992.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 6th day of September, 2006.

/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800