UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROSEBUD SIOUX TRIBE,** <br> P.O. Box 440 <br> Rosebud, South Dakota 57570 <br><br>                 **Plaintiff,** <br><br> v. <br><br> **GALE NORTON** <br> Secretary of the Interior, <br> U.S. Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 <br><br> **ROSS O. SWIMMER** <br> Special Trustee <br> Office of Special Trustee <br> for American Indians <br> Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C.  20240 <br><br> **JOHN W. SNOW** <br> Secretary of the Treasury <br> 1500 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20220 <br><br>                 **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:05CVO2492 RCL <br><br> Judge: Royce C. Lamberth <br><br> UNOPPOSED <br> Motion for Admission <br> Pro Hac Vice |

_____

       Pursuant to LCvR 83.2(d), the undersigned attorney, a member in good standing of the bar of this Court, hereby respectfully moves this Court to permit Keith Griffin to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff, the Rosebud Sioux Tribe.  This motion is unopposed and is supported by the accompanying Declaration of Keith Griffin which was prepared in accordance with LCvR 83.2(d) and that Declaration demonstrates that Attorney Griffin meets the requirements of that local rule.

Respectfully submitted this 15th[th] day of September, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel: (410) 489-4553


/s/_____
 Keith D. Griffin
California Bar # 204388
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211