UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE | ) | |
| P.O. Box 440 | ) | |
| Rosebud South Dakota 57570 | ) | |
| | ) | |
| Plaintiff, | ) | Case No.1:05CVO2492 |
| | ) | |
| v. | ) | |
| | ) | Judge: Royce C. Lamberth |
| GALE NORTON | ) | |
| Secretary of the Interior, | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | Declaration to Accompany |
| ROSS O. SWIMMER | ) | Motion for Admission |
| Special Trustee | ) | Pro Hac Vice |
| Office of Special Trustee | ) | |
| for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| JOHN W. SNOW | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

DECLARATION OF KEITH D. GRIFFIN

    As required by LCvR 83.2(d), I Keith D. Griffin declare under penalty of perjury as follows:

1. My legal name is Keith D. Griffin.

2. My office address and telephone number are:
    Girardi & Keese
    1126 Wilshire Blvd.
    Los Angeles, CA 90017
    (213) 977-0211

3. I have been a member of the State Bar of California since December of 1999. I am also admitted to practice law before the United States District Courts for the

Central District of California.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 15th day of September 2006.

/s/_____
Keith D. Griffin
California Bar # 204388
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211