UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEBUD SIOUX TRIBE,<br>P.O. Box 444<br>Rosebud, South Dakota 57570<br>                    Plaintiff, | )<br>)<br>)<br>)   Case No. 1:05CVO2492 RCL<br>) |
| v. | )<br>) |
| GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)   ORDER FOR ADMISSION<br>)   -PRO HAC VICE<br>) |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

For the reasons set for in the Motion filed by Keith Griffin and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Keith Griffin's Declaration filed September 15, 2006, which demonstrates that Attorney Griffin meets all of the requirements of LCvR 83.2 (d), it is

ORDERED, this _____ day of September, 2006, that Attorney Keith Griffin Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge