IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 1:05cv02492 (RCL) |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary of the Interior, et al., | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearances of Anthony P. Hoang, Martin J. LaLonde, and Kevin S. Webb as counsel of record for Defendants in this case.

    Service of all papers on Mr. Hoang, Mr. LaLonde, and Mr. Webb by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    All hand or overnight-mail deliveries to Mr. Hoang, Mr. LaLonde, and Mr. Webb should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3150
    Washington, D.C.  20004

Respectfully submitted this 18th day of September, 2006,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General

        */s/ Anthony P. Hoang*
        ANTHONY P. HOANG
        Anthony.Hoang@usdoj.gov
        FL Bar #798193

        */s/ Martin J. LaLonde*
        MARTIN J. LALONDE
        Martin.Lalonde@usdoj.gov
        IL Bar #6218249

        */s/ Kevin S. Webb*
        KEVIN S. WEBB
        Kevin.Webb@usdoj.gov
        DC Bar #484866
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0247
        Tel: (202) 305-0479
        Fax: (202) 353-2120

        Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on September 18, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and electronic mail or telefax, unless otherwise noted below, on the following counsel:

    Patricia A. Marks
    15992 A.E. Mullinix Road
    Woodbine, MD  21797-8440
    Fax: (301) 854-5117

    Walter J. Lack
    Brian J. Leinbach
    ENGSTROM, LIPSCOMB & LACK
    10100 Santa Monica Blvd., 16th Floor
    Los Angeles, CA  90067-4107
    Fax: (310) 552-9434

    Thomas V. Girardi
    Keith Griffin
    GIRARDI & KEESE
    1126 Wilshire Boulevard
    Los Angeles, CA 90017-1904
    Fax: (213) 481-1554

    Gregory A. Yates
    16830 Ventura Blvd, Suite 250
    Encino, CA 91436
    Fax: (818) 905-7038

    Mario Gonzalez
    522 7th Street, Suite 202
    Rapid City, SD  57701-2756
    Fax: (605) 716-6357

Maurice Johnson
10844 Old Mill Road, Suite 4
Omaha, NE 68154
Fax: (402) 934-0714

>*/s/ Anthony P. Hoang*
> ANTHONY P. HOANG