# United States District Court
## For the District of Columbia

ROSEBUD SIOUX TRIBE                    )

          Plaintiff(s)                )       **APPEARANCE**

                          )

                          )

          vs.                       )       CASE NUMBER    1:05cv02492 (RCL)

DIRK KEMPTHORNE,                       )

Secretary of the Interior, et al.      )

          Defendant(s)                )

To the Clerk of this court and all parties of record:

Please enter the appearance of   WALTER J. LACK                as counsel in this
                        (Attorney's Name)

case for:   ROSEBUD SIOUX TRIBE
                (Name of party or parties)

NOVEMBER 17, 2006
_____
Date

/s/
_____
Signature

California State Bar No. 57550
_____
BAR IDENTIFICATION

WALTER J. LACK
_____
Print Name

10100 Santa Monica Blvd., 16th Flr.
_____
Address

Los Angeles, CA 90067-4107
_____
City       State       Zip Code

310-552-3800
_____
Phone Number