# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER   1:05cv02492 (RCL) |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al. | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of   BRIAN J. LEINBACH   as counsel in this
                                  (Attorney's Name)

case for:   ROSEBUD SIOUX TRIBE
            (Name of party or parties)


NOVEMBER 17, 2006                          /S/
_____                _____
Date                                       Signature

                                           BRIAN J. LEINBACH
California State Bar No. 161739            Print Name
BAR IDENTIFICATION
                                           10100 Santa Monica Blvd., 16th Flr.
                                           Address

                                           Los Angeles, CA 90067-4107
                                           City        State       Zip Code

                                           310-552-3800
                                           Phone Number