IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05cv02492 (JR) |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER**

    This matter is before the Court on the parties' joint motion for extension of temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

    1.    The parties' joint motion should be and hereby is GRANTED;

    2.    The temporary stay of the litigation of this case shall be extended until December 26, 2007; and

    3.    The obligation for Defendants to file their Amended Answer or otherwise respond to the Amended Complaint until after the termination of the temporary stay and the obligation of the parties to comply with the requirements of LCvR 16.3, among other things, shall be deferred until after the termination of the temporary stay of litigation;

    4.    The parties shall file a joint status report on or before December 26, 2007, informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal—by motion, if appropriate—to the Court about whether and how to proceed with this case.

SO ORDERED.

Date: _____    _____
HON. JAMES ROBERTSON
United States District Judge