IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-cv-02492-JR |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

To the Clerk of this Court and all parties of record:

Federal Defendants hereby give notice of the withdrawal of Jennifer Allaire as co-counsel, and the substitution of Maureen E. Rudolph as counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service upon Ms. Rudolph in substitution for Ms. Allaire at the address indicated below:

Regular Delivery:

> Maureen E Rudolph
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone: (202) 305-0479
> Facsimile: (202) 353-2021
> E-mail: maureen.rudolph@usdoj.gov

<u>Express Delivery</u>:

        601 D. Street, N.W.
        Room 3205
        Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang and Martin J. Lalonde, co-counsel for the Federal Defendants.

Respectfully submitted this 30th day of July 2007.

        RONALD J. TENPAS
        Acting Assistant Attorney General

        /s/ Maureen E. Rudolph
        MAUREEN E. RUDOLPH, SD Bar # 3176
        ANTHONY P. HOANG, FL Bar # 798193
        MARTIN J. LALONDE, IL Bar # 6218249
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel:    202-305-0479
        Tel:    202-305-0241
        Tel:    202-305-0247
        Fax:   202-353-2021

        maureen.rudolph@usdoj.gov
        anthony.hoang@usdoj.gov
        martin.lalonde@usdoj.gov

        Attorneys for Federal Defendants

        OF COUNSEL:

        GLADYS COJOCARI
        THOMAS BARTMAN
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C. 20240

RACHEL M. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL** was served on June 26, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

Mario Gonzalez
522 7th Street, Suite 202
Rapid City, SD 57701-2756
Fax: (605) 716-6357

Maurice Johnson
10844 Old Mill Road, Suite 4
Omaha, NE 68154
Fax: (402) 934-0714

                                              */s/ Maureen E. Rudolph*
                                              MAUREEN E RUDOLPH