IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| Assiniboine & Sioux Tribes of the Fort Peck Indian Reservation v. Norton, *et al.*, | Civil Action No. 02-0035 (JR) |
| Standing Rock Sioux Tribe v. Norton, *et al.*, | Civil Action No. 02-0040 (JR) |
| Three Affiliated Tribes of the Fort Berthold Reservation v. Norton, *et al.*, | Civil Action No. 02-0253 (JR) |
| Shoshone-Bannock Tribes of the Fort Hall Reservation v. Norton, *et al.*, | Civil Action No. 02-0254 (JR) |
| Chippewa Cree Tribe of the Rocky Boy's Reservation v. Norton, *et al.*, | Civil Action No. 02-0276 (JR) |
| Yankton Sioux Tribe v. Norton, *et al.*, | Civil Action No. 03-1603 (JR) |
| Osage Tribe of Indians of Oklahoma v. United States of America, *et al.*, | Civil Action No. 04-0283 (JR) |
| Crow Creek Sioux Tribe v. Kempthorne, *et al.*, | Civil Action No. 04-0900 (JR) |
| Omaha Tribe of Nebraska v. Kempthorne, *et al.*, | Civil Action No. 04-0901 (JR) |
| Oglala Sioux Tribe v. Kempthorne, *et al.*, | Civil Action No. 04-1126 (JR) |
| The Confederated Tribes of the Colville Reservation v. Norton, *et al.*, | Civil Action No. 05-2471 (JR) |
| Wyandot Nation of Kansas v. Kempthorne, *et al.*, | Civil Action No. 05-2491 (JR) |
| Rosebud Sioux Tribe v. Kempthorne, *et al.*, | Civil Action No. 05-2492 (JR) |
| Winnebago Tribe of Nebraska v. Kempthorne, *et al.*, | Civil Action No. 05-2493 (JR) |
| Lower Brule Sioux Tribe v. Kempthorne, *et al.*, | Civil Action No. 05-2495 (JR) |
| Prairie Band of Potawatomi Nation | Civil Action No. 05-2496 (JR) |

| | |
|---|---|
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Te-Moak Tribe of Western Shoshone ) | Civil Action No. 05-2500 (JR) |
| Indians v. Norton, *et al.*, ) | |
| ) | |
| Cheyenne River Sioux Tribe ) | Civil Action No. 06-1897 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Stillaguamish Tribe of Indians ) | Civil Action No. 06-1898 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Iowa Tribe of Kansas and Nebraska ) | Civil Action No. 06-1899 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Confederated Tribes of the Goshute ) | Civil Action No. 06-1902 (JR) |
| Reservation v. Kempthorne, *et al.*, ) | |
| ) | |
| Muskogee (Creek) Nation of Oklahoma ) | Civil Action No. 06-2161 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Eastern Shawnee Tribe of Oklahoma ) | Civil Action No. 06-2162 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Northwestern Band of Shoshone ) | Civil Action No. 06-2163 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Red Cliff Band of Lake Superior Indians ) | Civil Action No. 06-2164 (JR) |
| Indians v. Kempthorne, *et al.*, ) | |
| ) | |
| Pechanga Band of Luiseno Mission Indians ) | Civil Action No. 06-2206 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Colorado River Indian Tribes ) | Civil Action No. 06-2212 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Tohono O'Odham Nation ) | Civil Action No. 06-2236 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Nez Perce Tribe, *et al.*, ) | Civil Action No. 06-2239 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Passamaquoddy Tribe of Maine ) | Civil Action No. 06-2240 (JR) |
| v. Kempthorne, *et al.*, ) | |
| ) | |
| Salt River Pima-Maricopa Indian ) | Civil Action No. 06-2241 (JR) |
| Community v. Kempthorne, *et al.*, ) | |

|  |  |
|---|---|
| Coeur D'Alene Tribe v. Kempthorne, *et al.*, ) | Civil Action No. 06-2242 (JR) |
| Ak-Chin Indian Community ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2245 (JR) |
| Sokaogon Chippewa Community ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2247 (JR) |
| Gila River Indian Community ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2249 (JR) |
| Northern Cheyenne Tribe of Indians ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2250 (JR) |
| Haudenosaunee and The Onondaga Nation ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2254 (JR) |

**NOTICE OF FILING CORRECTED AND ELECTRONICALLY REFORMATTED
DECLARATION OF CECILIA MARTINEZ IN SUPPORT OF
DEFENDANTS' MOTION FOR REMAND AND TEMPORARY STAY OF LITIGATION**

On November 21, 2007, Defendants filed their memorandum of points and authorities and other papers in reply to Plaintiffs' memoranda in opposition to Defendants' motion for remand and temporary stay of litigation. Defendants' reply papers included the declaration of Cecilia Martinez, which was submitted in two parts (because of its size).

Based on communications between the office of Defendants' counsel and the United States District Court Clerk's Office, Defendants' counsel learned after the filing that a technical glitch in the electronic court filing (ECF) of the Martinez declaration resulted in the failure of the ECF system to stamp the entire declaration, as needed. Also, Defendants' counsel discovered that two pages of the Martinez declaration had been omitted inadvertently during the process of preparing, transmitting, and finalizing the declaration for filing.

Defendants hereby give notice that they are filing a corrected and electronically reformatted version of the Martinez declaration. They regret any inconvenience to the Court and

Plaintiffs as a result of the inadvertent and technical errors.

Respectfully submitted this 30th day of November, 2007,

        RONALD J. TENPAS
        Acting Assistant Attorney General

        */s/ Maureen E. Rudolph*
        MAUREEN E. RUDOLPH
        JOHN H. MARTIN
        KEVIN J. LARSEN
        KEVIN REGAN
        MATTHEW M. MARINELLI
        ANTHONY P. HOANG
        JENNIFER L. ALLAIRE
        JASON M. BRUNO
        CAROL DRAPER
        LAURA MAROLDY
        E. KENNETH STEGEBY
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel: (202) 305-0479
        Tel: (303) 844-1383
        Tel: (202) 305-0258
        Tel: (202) 305-3022
        Tel: (202) 305-0293
        Tel: (202) 305-0241
        Tel: (202) 305-0456
        Tel: (202) 305-0434
        Tel: (202) 305-0465
        Tel: (202) 514-4565
        Tel: (202) 616-4119
        Fax: (202) 353-2021

        OF COUNSEL:

        LAWRENCE JENSEN
        PAUL SMYTH
        THOMAS BARTMAN
        ELISABETH BRANDON
        GLADYS COJOCARI
        SHANI WALKER
        Office of the Solicitor

United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

     I hereby certify that, on November 30, 2007, I electronically transmitted the foregoing NOTICE OF FILING CORRECTED AND ELECTRONICALLY REFORMATTED DECLARATION OF CECILIA MARTINEZ IN SUPPORT OF DEFENDANTS' MOTION FOR REMAND AND TEMPORARY STAY OF LITIGATION to the Clerk of the Court, using the ECF system for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

                                                */s/ Maureen E. Rudolph*
                                                MAUREEN E. RUDOLPH