**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2492 (JR) |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al*., | : |
| Defendants. | : |

**ORDER**

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.


JAMES ROBERTSON
United States District Judge