IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEBUD SIOUX TRIBE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____) | No. 1:05-cv-02492-JR |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

On April 29, 2008, the Salt River Pima-Maricopa Indian Community ("the Community") and other plaintiffs filed motions for the entry of trust record preservation orders ("Motion for RRO") in their respective cases. *See, e.g.,* Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 31). In the memorandum accompanying the Motion for RRO, counsel for the Community represented that twenty-two additional individual and groups of tribal plaintiffs "joined in th[e] motion." *See, e.g.,* Memo in Support of Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 32) at 3. Plaintiff in this case is among the Tribes identified as having joined in the Motion for RRO. *Id.* Indeed, on May 2, 2008, Plaintiff in the instant case filed a formal motion joining in the Motion for RRO. *Rosebud Sioux Tribe, v. Kempthorne*, Case No. 05-CV-02492-JR (D.D.C.) (Dkt. No. 45). The Court granted Plaintiff's Motion to join on May 5, 2008.

On the same date as this Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Response"), Defendants in *Salt River Pima-Maricopa Indian Community* have filed, or will file, a Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Opposition"), as well as numerous declarations in support of the Opposition. In the Opposition, Defendants explain in great detail why record retention orders in these Tribal trust cases are unnecessary and prejudicial to the Defendants because the orders would, (1) in all critical respects, be duplicative of record preservation procedures already in place, and (2) in numerous critical respects, impose burdens upon the defendants that would substantially impede their operations and mission. Because Defendants in the instant case believe that no trust preservation order is necessary or appropriate, Defendants join in the Opposition filed by the defendants in *Salt River Pima Maricopa Tribe*, and, in support of the instant Response, rely upon the declarations filed in support of the Opposition.

For the reasons set forth above, as well as the reasons set forth in the Opposition and supporting declarations filed in *Salt River Pima Maricopa Tribe*, Defendants request that Plaintiffs' Motion for Entry of Trust Record Preservation Order be denied in its entirety.

Respectfully submitted this 20th day of June 2008,

                RONALD J. TENPAS
                Assistant Attorney General

                RONALD J. TENPAS
                Acting Assistant Attorney General

                */s/ Maureen E. Rudolph*
                ANTHONY P. HOANG, FL Bar #798193
                MAUREEN E. RUDOLPH SD Bar #3176
                United States Department of Justice
                Environment and Natural Resources Division
                P.O. Box 663
                Washington, D.C.  20044-0663

        Tel: (202) 305-0241
        Fax: (202) 353-2021

        maureen.rudolph@usdoj.gov
        anthony.hoang@usdoj.gov

        Attorneys for Defendant

        OF COUNSEL:

        GLADYS COJOCARI
        THOMAS BARTMAN
        United States Department of the Interior
        Office of the Solicitor
        Washington, D.C. 20240

        TERESA DAWSON
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2008, I electronically transmitted the foregoing DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF TRUST RECORD PRESERVATION ORDER to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the attorneys listed on the ECF system for this case.

        */s/ Maureen E. Rudolph*
        MAUREEN E. RUDOLPH