IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEBUD SIOUX TRIBE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:05-cv-02492-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Entry of Trust Record Preservation Order. Upon consideration of the motion and supporting memoranda, the response filed in this case as well as the response submitted by the defendants in *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.), the record, and the relevant law, it is on this _____ day of _____, 2008,

ORDERED that, for good cause shown, Plaintiff's motion is DENIED.

Dated: _____         _____
                                JAMES ROBERTSON
                                United States District Judge